**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF IDA WEITZ | : No. 316 MAL 2014 |
| | : |
| | : |
| | : |
| PETITION OF: ESTATE OF GEORGE H. | : Petition for Allowance of Appeal from the |
| WEITZ (DECEASED) AND EDWARD | : Order of the Superior Court |
| WEITZ | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.